# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 312 MAL 2014 |
| Respondent | Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| TURON STEWART A/K/A TURON STUART, | |
| Petitioner | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.